**Jason Carl THOMAS, Petitioner– Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 13–7447.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

240

Jason Carl Thomas, Appellant Pro Se.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Carl Thomas, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Thomas v. United States*, No. 5:13–hc–02050–D (E.D.N.C. July 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*